CAUSE NO. 1423874

2015 FEB 10 PM 5: 37

**ROGER DALE GAMMONS** § IN THE 8th JUDICIAL

§

**VS.** § DISTRICT COURT

§

**STATE OF TEXAS** § HOPKINS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/11/2015 2:17:31 PM
DEBBIE AUTREY
Clerk

## APPELLANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant ROGER DALE GAMMONS comes before the Court in this cause and gives notice of appeal to the Texas Court of Appeals in this cause and states that he desires to appeal the convictions and sentences previously entered against him in these causes.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests the Clerk of this Honorable Court to forward this notice to the Court of Appeals.

Respectfully submitted,

Heath Hyde, Attorney for Appellant
State Bar No. 00796807
900 Jackson Street, Suite 535
Dallas, TX 75202
Tel: (903) 439-0000
Fax: (903) 439-0002

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2015, a true copy of the foregoing has been served on Will Ramsay, Hopkins County District Attorney, by facsimile.

*HEATH HYDE*

**HEATH HYDE**